JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| DAVID ANTHONY RODRIGUEZ, | Case No. CV 18-6732-DOC (AS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOS ANGELES DMV SUPERVISING STAFF, | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 18, 2019 .

                                         DAVID O. CARTER
                                UNITED STATES DISTRICT JUDGE